Lawrence Spasojevich (LS 0945)
Aidala, Bertuna & Kamins, P.C.
*Attorneys for Plaintiff*
546 5th Avenue
New York, New York 10036
Tele:   (212) 486-0011
Email: ls@aidalalaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NICHOLAS COTTON,
*On behalf of Plaintiff and similarly situated individuals*,

|  |  |
|---|---|
|  | CASE NO. 1:20-cv-06153-CBA-SJB |
| Plaintiff, | **NOTICE OF MOTION FOR DEFAULT** |

-against-

NY MINUTE MOVERS, INC.

and

MICHAEL DIASPARRA,

|  |  |
|---|---|
|  | ECF Case, |
| Defendants. |  |

---

**PLEASE TAKE NOTICE** that the declaration of Lawrence Spasojevich, Esq, the memorandum of law, along with all exhibits, and upon the Complaint and all prior proceedings herein, Plaintiff will move this Court, the Hon. Carol Bagley Amon, United States District Judge, for an order granting the Plaintiff a default judgment against the Defendants, jointly and severally, in the amount of $30,250.00 plus accrued interest to be

calculated by the Court pursuant to Rule 55 of the Federal Rules of Civil Procedure together with any further relief this Court deems just, proper and equitable.

Dated: New York, New York
September 15, 2021

                                                         By:   *Lawrence Spasojevich*
                                                               Lawrence Spasojevich, Esq. (LS 0945)