Clerk's Office
Filed Date: 8/26/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICHOLAS COTTON,

                        Plaintiff,

   v.

NY MINUTE MOVERS, INC. and
MICHAEL DIASPARRA,

                       Defendants.
-----------------------------------------------------------------X

JUDGMENT
20-CV-6153-CBA-SJB

       A Memorandum and Order of Honorable Carol B. Amon, United States District Judge, having been filed on August 25, 2022, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated July 28, 2022, granting Plaintiff motion for default judgment; awarding Cotton the following relief: • $4,050 in unpaid overtime wages; • $4,050 in liquidated damages; • $10,000 in Wage Theft Prevention Act damages; • Pre-judgment interest in an amount to be calculated by the Clerk of Court of $1.00 per day from September 8, 2020 until the entry of final judgment; and • Post-judgment interest pursuant to 28 U.S.C. § 1961(a); and the Clerk of Court having calculated the pre-judgment interest at the rate set forth above, and the pre-judgment interest being $717; it is

       ORDERED and ADJUDGED that Plaintiff's motion for default judgment; that Cotton is awarded a total amount of $18,817 plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: Brooklyn, New York  
         August 26, 2022

                                                 Brenna B. Mahoney  
                                                 Clerk of Court

                                       By:    */s/Jalitza Poveda*  
                                                        Deputy Clerk